1002

No. 95–6545. WALKER, AKA HARRELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6548. KEEGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6549. JEMERIGBE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6553. MAHAFFEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–6559. ALLISON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–310. ST. JUDE HOSPITAL OF KENNER, LOUISIANA, INC., ET AL. v. TRAVELERS INSURANCE CO. C. A. 5th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 95–324. MICHIGAN v. GARCIA. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–493. OKLAHOMA v. FLORES. Ct. Crim. App. Okla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–6008. ISAACS v. THOMAS, WARDEN. Super. Ct. Ga., Butts County. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 94–1910. DYKEMA v. VOLKSWAGENWERK AG ET AL., *ante*, p. 811;
No. 94–1948. HARREL v. UNIVERSITY OF HOUSTON ET AL., *ante*, p. 813;
No. 94–1960. FREEMAN ET VIR v. SIMON ET AL., *ante*, p. 814;
No. 94–1975. BARDNEY v. UNITED STATES, *ante*, p. 815;
No. 94–1986. VISWANATHAN v. MISSISSIPPI COUNTY COMMUNITY COLLEGE BOARD OF TRUSTEES, *ante*, p. 815;
No. 94–2023. DALBERTO v. PENNSYLVANIA, *ante*, p. 818;
No. 94–2091. BARTON ET AL. v. AMERICAN RED CROSS ET AL., *ante*, p. 822;